UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:18–cr–00068

Tochukwu Nwosisi

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/27/2018

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   September 20, 2018

David J. Bradley, Clerk